## (February 27, 1969)

■ In the Matter of JULIUS WILE SONS & Co., INC., Appellant-Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent-Appellant.— Judgment entered May 17, 1968, modifying determination of the State Liquor Authority to the extent of remanding the proceeding to the Authority for reconsideration of the penalty imposed, unanimously modified on the facts and in the exercise of discretion, without costs or disbursements, in the following respects: The fine of $2,500 is reduced to $500; and the suspension of the petitioner's wholesale liquor license for a period of 10 days, execution deferred, is stricken; and as so modified affirmed. Under all the circumstances, in our opinion, the penalty imposed was excessive. (*Matter of Garcia & Co.* v. *State Liq. Auth.*, 30 A. D 2d 949.) Concur — Stevens, P. J., Tilzer, McGivern, McNally and Bastow, JJ.

■ STATE OF NEW YORK, Respondent, v. ELSIE CAVICCHIA, Appellant, et al., Defendants.— Order entered September 13, 1968, unanimously affirmed, without costs or disbursements, and without prejudice to an application by the appellant at Special Term to terminate or limit the receivership if the case is not brought on for trial by October, 1969. In connection with the claim of alleged delay in the trial, we note that the Attorney-General contends that there has been a lack of co-operation on the part of appellant. Concur — Eager, J. P., McGivern, Markewich and Nunez, JJ.